**Order entered December 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00848-CV

**ALTA FERGUSON, Appellant**

**V.**

**WAL-MART STORES TEXAS, LLC
D/B/A WAL-MART SUPERCENTER STORE #5147, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-11-05569-A**

## ORDER

In a letter dated November 19, 2015, the Court informed appellant her brief was deficient and instructed her to file an amended brief correcting the noted deficiencies within ten days. As of today's date, appellant has not filed an amended brief. Accordingly, the appeal will be submitted on appellant's brief filed on November 4, 2015.

We **GRANT** appellees' December 7, 2015 motion for an extension of time to file a brief. Appellees shall file a brief by **MONDAY, JANUARY 11, 2016**.

/s/     ELIZABETH LANG-MIERS
JUSTICE